| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:24CR00073-1 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00279-APG-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| Qi Sun<br>(District of Nevada) | ☑ FILED  ☐ RECEIVED<br>☐ ENTERED  ☐ SERVED ON<br>SEP 10 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | Middle District of Tennessee | Nashville |
| | | NAME OF SENTENCING JUDGE | |
| | | Honorable Waverly D. Crenshaw, Jr., U.S. District Judge | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/18/2025 — TO 07/17/2028 |

OFFENSE
18 U.S.C.§ 1349 - Conspiracy to Commit Wire Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Tennessee___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 2, 2026
*Date*

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 12, 2025
*Effective Date*

*signature*
United States District Judge

# United States District Court
## Middle District of Tennessee

Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: jeremy_medley@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

September 2, 2025

Clerk
Nevada District Court
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

Re: TRANSFER OF JURISDICTION

    USA v. Qi Sun
    Middle District of Tennessee Criminal Case No. 3:24-cr-00073

Dear Clerk:

    Enclosed please find one original and one certified copy of Probation Form 22, Transfer of Jurisdiction, for the above-named defendant, which has been signed by District Judge Waverly D. Crenshaw, Jr.

    Upon your Court's acceptance of jurisdiction, please return one original signed form to this office and retain one for your records. When the acceptance of jurisdiction is received, certified copies of pertinent documents will be forwarded to your Court.

Sincerely,

*Jeremy Medley*

Jeremy Medley
Criminal Case Administrator

cc: U.S. Probation Office

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Qi Sun

Case No.: To be assigned

**REQUESTING CCEPTANCE OF JURISDICTION**

September 4, 2025

TO: United States District Judge:

On July 18, 2025, Mr. Qi Sun was sentenced in the Middle District of Tennessee, to time served, followed by three (3) of years supervised release for committing the offense of Conspiracy to Commit Wire Fraud. Due to Mr. Sun having a detainer that stemmed from his State case, Mr. Sun was transferred to State custody immediately following his federal sentencing on July 18, 2025. Mr. Sun was released from State custody in Tennessee on July 22, 2025. On August 11, 2025, Mr. Sun commenced supervision in the District of Nevada.

Mr. Sun has significant ties to our community and intends to remain in our district for the duration of supervision. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Waverly D. Crenshaw Jr. agreed to relinquish jurisdiction on September 2, 2025. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

*[Signature]*
Digitally signed by Elijah Ray
Date: 2025.09.10 11:36:45 -07'00'

Elijah J Ray
United States Probation Officer

Approved:

*[Signature]*
Digitally signed by Donnette Johnson
Date: 2025.09.08 11:46:58 -07'00'

Donnette Johnson
Supervisory United States Probation Officer